IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| CARBON ACTIVATED TIANJIN CO., LTD., *et. al*       Plaintiffs-Appellants,       v.       UNITED STATES, CALGON CARBON CORP., NORIT AMERICAS, INC.       Defendants-Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    22-1298 |

**DEFENDANT-APPELLEE'S UNOPPOSED MOTION**
**<u>FOR LEAVE TO FILE ENTRY OF APPEARANCE</u>**

Pursuant to Rules 27 and 47.3(b)(4) of the Federal Circuit Rules, defendant-appellee, the United States, respectfully requests leave to file an entry of appearance form for Margaret J. Jantzen as principal counsel in this matter. On February 6, 2023, counsel for plaintiff-appellants and defendant-appellees, indicated by email that they do not oppose the requested relief.

We seek leave to file an entry of appearance after this matter has been assigned to a merits panel because, due to the present unavailability of Ms. Finnan for oral argument, the Department of Justice has determined that Ms. Jantzen should represent the United States as principal counsel and should present oral argument on behalf of the United States. We have identified Ms. Jantzen as "Principal Counsel" in the attached entry of appearance, and we seek leave to

identify her as such on the docket. Mollie Finnan is identified as "Other Counsel" in the attached entry of appearance. We have also attached a proposed response to notice of oral argument.

For these reasons, we respectfully request that the Court grant this request for leave to file an entry of appearance form for Margaret J. Jantzen as principal counsel in this appeal.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN M. BOYNTON<br>Principal Deputy<br>Assistant Attorney General |
|  | PATRICIA M. MCCARTHY<br>Director |
|  | /s/ Claudia Burke<br>CLAUDIA BURKE<br>Assistant Director |
|  | /s/ Margaret J. Jantzen<br>MARGARET J. JANTZEN<br>Trial Counsel<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 353-7994<br>Margaret.j.jantzen@usdoj.gov |
| February 7, 2023 | Attorneys for Defendant-Appellee |

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 7th day of February, 2023, a copy of the foregoing "DEFENDANT-APPELLEE'S UNOPPOSED MOTION FOR LEAVE TO FILE ENTRY OF APPEARANCE" was filed electronically. This filing was served electronically to all parties by operation of the Court's electronic filing system.

/s/ Margaret J. Jantzen

FORM 8A. Entry of Appearance                                          Form 8A (p.1)
                                                                      July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 22-1298

**Short Case Caption:** Carbon Activated Tianjin Co., Ltd v. U.S.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| United States | | |
|---|---|---|
| **Principal Counsel:** Margaret Jantzen | | Admission Date: |
| Firm/Agency/Org.: Dep't of Justice | | |
| Address: 1100 L St NW Washington, D.C. 20530 | | |
| Phone: 202-3537994 | Email: margaret.j.jantzen@usdoj.gov | |
| **Other Counsel:** Mollie Finnan | | Admission Date: |
| Firm/Agency/Org.: Dep't of Justice | | |
| Address: 1100 L St NW Washington, D.C. 20530 | | |
| Phone: 202-353-0897 | Email: mollie.l.finnan@usdoj.gov | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 2/7/23            Signature: /s Margaret Jantzen

                        Name: Margaret Jantzen

FORM 33. Response to Notice of Oral Argument                                                                                     Form 33
                                                                                                                                                                July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE OF ORAL ARGUMENT

**Case Number:** 22-1298

**Short Case Caption:** Carbon Activated Tianjin Co. v. U.S.

**Filing Party:** United States

---

**Instructions.** No more than two counsel may argue per side and no more than one counsel may argue per party without leave of court. *See* Fed. Cir. R. 34(e). Each arguing counsel must complete and submit a separate form.

If a party intends to waive argument, please check the waiver box; do not indicate argument is for zero minutes. For non-waived argument, please complete the remainder of the form indicating for which parties counsel will argue and the amount of time counsel will argue. Rebuttal time is only allowed for Appellants and Cross-Appellants. Unless otherwise ordered, panel cases must not exceed 15 mins; en banc cases must not exceed 30 mins.

---

| **Oral Argument Waiver:** | ☐ The filing party intends to waive oral argument. |
|---|---|
| **For Non-Waived Argument, List All Parties Arguing on Behalf of:** (Attach additional pages if needed) | United States |

| **Arguing Counsel Name:** | Margaret Jantzen | | | | |
|---|---|---|---|---|---|
| **Phone:** 202-353-7994 | | **Argument Time:** | 12 | **Rebuttal Time:** | |

☑ Arguing counsel is dividing time with counsel for another party or set of parties (additional counsel must file a separate Response).

---

I acknowledge that (1) oral argument is scheduled as stated in the court's notice and may proceed even if I have waived argument, *see* Fed. R. App. P. 34(e)–(f); (2) arguing counsel can only change through filing an amended version of this form; and (3) counsel who have not entered appearances in the case and are not listed on this form cannot present oral argument.

Date: 02/07/2023                        Signature: /s Margaret Jantzen

                                                              Name: Margaret Jantzen