NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CARBON ACTIVATED TIANJIN CO., LTD.,
CARBON ACTIVATED CORPORATION, DATONG
JUQIANG ACTIVATED CARBON CO., LTD.,
BEIJING PACIFIC ACTIVATED CARBON
PRODUCTS CO., LTD., NINGXIA GUANGHUA
CHERISHMET ACTIVATED CARBON CO., LTD.,
NINGXIA MINERAL & CHEMICAL LIMITED,
SHANXI SINCERE INDUSTRIAL CO., LTD.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, CALGON CARBON
CORPORATION, NORIT AMERICAS INC., FKA
CABOT NORIT AMERICAS, INC.,**
*Defendants-Appellees*

_____

2022-1298

_____

Appeal from the United States Court of International Trade in No. 1:20-cv-00007-MAB, Chief Judge Mark A. Barnett.

_____

**ON MOTION**

_____

PER CURIAM.

2                   CARBON ACTIVATED TIANJIN CO., LTD. v. US

# O R D E R

The United States moves unopposed for leave Margaret J. Jantzen to appear as principal counsel in the above-captioned appeal and also files an entry of appearance and response to notice of oral argument.

In reviewing the entry of appearance, the court notes that the contact information on the entry of appearance for Margaret J. Jantzen and Mollie Finnan do not match the information associated with their Pacer accounts.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  Within three business days, the United States shall file an amended entry of appearance for Margaret J. Jantzen and Mollie Finnan. If appropriate, their information shall be updated through Pacer.

(3)  The response to notice of oral argument is accepted for filing.

FOR THE COURT

February 8, 2023                    /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court